ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*



*andrew.houghton@sedgwicklaw.com*

November 8, 2013

*Via ECF Filing*
The Honorable Juan R. Sánchez
United States District Court
Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania 19106-1797

Re:  National Union Fire Ins. Co. of Pittsburgh, Pa. v. Sanil Gopinath
     U.S.D.C., Eastern District of Pennsylvania, Case No.: 5:13-cv-04809-JS

Dear Judge Sanchez:

This office represents plaintiff National Union Fire Ins. Co. of Pittsburgh, Pa. ("National Union") in the above-referenced action.

We are writing to advise the Court that, at a mediation of the underlying action between the Estate of George Maddox and Mr. Gopinath, the parties reached a settlement. Upon conclusion of that settlement, this declaratory judgment action will become unnecessary.

While the settlement is being finalized, National Union and the Estate of George Maddox have agreed that the Estate's motion to intervene can be held in abeyance.

Respectfully submitted,

*[signature]*

Andrew T. Houghton
Sedgwick LLP

Cc:   All Counsel via ECF

DOCS/18075610v1