IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | : : : | CIVIL ACTION |
| v. | : : | No. 13-4809 |
| SANIL GOPINATH | : | |

## **ORDER**

AND NOW, this 18th day of November, 2013, it is ORDERED a teleconference shall be held on November 21, 2013, at 2:00 p.m. to discuss the status of the settlement between Defendant Sanil Gopinath and the Estate of George Maddox in the underlying tort action to which the above-captioned insurance coverage declaratory judgment action relates. Plaintiff's counsel shall initiate the call to chambers at 267-299-7780.

BY THE COURT:


    /s/ Juan R. Sánchez
Juan R. Sánchez, J.