UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X   Case No.: 13-CV-4809-JS

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,

               Plaintiff,

                                                                **NOTICE OF DISMISSAL**

   -vs-

SANIL GOPINATH,

               Defendant.
------------------------------------------------------------X

      Plaintiff National Union Fire Insurance Company of Pittsburgh, PA., by and through its undersigned counsel, hereby gives notice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal of the above entitled action without order of the court. With respect thereto, the Plaintiff states that no answer or motion for summary judgment has been received by counsel for the Plaintiff. Such dismissal is without prejudice and is not on the merits.

Dated: December 20, 2013

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

By:_____/S/_____
One of its attorneys
Joseph J. Hamill, Jr.
FINEMAN, KREKSTEIN & HARRIS P.C.
1735 Market Street
Suite 600
Philadelphia, Pennsylvania 19103
Tel: (215) 893-9300

Andrew T. Houghton  (pro hac vice)
Timothy D. Kevane (pro hac vice)
Daniel Pickett (pro hac vice)
SEDGWICK LLP
225 Liberty St., 28th Floor
New York, New York 10281
Tel: (212) 420-0202
Fax: (212) 422-0925

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE
OMPANY OF PITTSBURGH, PA.